# Exhibit 6

# Mariano, Andrea

| | |
|---|---|
| **From:** | Comeau, Jeffrey D. |
| **Sent:** | Wednesday, March 14, 2018 10:51 AM |
| **To:** | Andrew Choung; Team Samsung KAIST; Melissa Richards Smith (melissa@gillamsmithlaw.com) |
| **Cc:** | Chris Bunt; Thomas Burke; Sheasby, Jason (JSheasby@irell.com); Guy Rodgers; Rex Hwang; 'Deana Attaway' |
| **Subject:** | RE: KIP v. Samsung -- Supplemental Becker Report |

Andrew,

This is a baseless objection.  Plaintiff failed to comply with the basic disclosure requirements of Rule 26 regarding Mr. Weinstein's regression analysis, which you've never disputed.  To attempt to alleviate the prejudice to Defendants without involving the Court, we proposed that Dr. Becker issue a supplemental report on regression, to which you readily agreed.  Now that you've seen Dr. Becker's supplemental report, you are attempting to back out of your agreement for no apparent reason other than to try to prevent Dr. Becker from being able to testify regarding the gross flaws in Mr. Weinstein's regression analysis.  In any event, the simplest and most appropriate way to deal with this seems to be to remove the issue from the case, as I originally suggested.  We will proceed with our motion to strike Mr. Weinstein's regression opinions based on Plaintiff's failure to disclose supporting data and, now, gamesmanship.

Regards,
Jeff

**From:** Andrew Choung [mailto:achoung@glaserweil.com]
**Sent:** Sunday, March 11, 2018 2:21 PM
**To:** Team Samsung KAIST; Comeau, Jeffrey D.; Melissa Richards Smith (melissa@gillamsmithlaw.com)
**Cc:** Chris Bunt; Thomas Burke; Sheasby, Jason (JSheasby@irell.com); Guy Rodgers; Rex Hwang; 'Deana Attaway'
**Subject:** [EXT] RE: KIP v. Samsung -- Supplemental Becker Report

Counsel,

We object to the supplemental report by Becker.  You previously requested an extension so Becker could address the regression analysis data that you believed was not provided to you in a timely manner.  We made very clear that we were willing to accommodate your request so long as Becker strictly limited his supplement to the data.  Becker did not do so.  He purports to address all aspects of Mr. Weinstein's regression modeling itself – that is something that Becker could have done in his opening report.  Indeed, Becker addresses the regression analysis data only in passing in a handful of paragraphs.  Defendants will need to seek leave to supplement.  Thank you.

Best regards,
Andrew Choung

GLASER WEIL
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6245 | Fax: 310.785.3545
US Mobile: 213.840.0879 | KR Mobile: +82 (010) 4789.4247
E-Mail: achoung@glaserweil.com | www.glaserweil.com | Link to Bio

**From:** Comeau, Jeffrey D. [mailto:jeffreycomeau@paulhastings.com]
**Sent:** Friday, March 9, 2018 7:35 PM

1

**To:** Chris Bunt <rcbunt@pbatyler.com>; Andrew Choung <achoung@glaserweil.com>; Thomas Burke <tburke@glaserweil.com>; Sheasby, Jason (JSheasby@irell.com) <JSheasby@irell.com>; Guy Rodgers <grodgers@glaserweil.com>; Rex Hwang <rhwang@glaserweil.com>; 'Deana Attaway' <dattaway@pbatyler.com>
**Cc:** Melissa Richards Smith (melissa@gillamsmithlaw.com) <melissa@gillamsmithlaw.com>; Team Samsung KAIST <TeamSamsungKAIST@paulhastings.com>
**Subject:** KIP v. Samsung -- Supplemental Becker Report

Counsel,

Attached is the Supplemental Expert Report of Dr. Becker.  Please note that certain exhibits have been designated AEO.

Regards,
Jeff

_____



**Jeffrey Comeau | Associate, Litigation Department**
Paul Hastings LLP | 4747 Executive Drive, Twelfth Floor, San Diego, CA 92121 | Direct: +1.858.458.3052 | Main: +1.858.458.3000 | Fax: +1.858.458.3152 |
jeffreycomeau@paulhastings.com | www.paulhastings.com

******************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at