IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIST IP US LLC, § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD.; § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC.; SAMSUNG SEMICONDUCTOR, § <br> INC.; SAMSUNG AUSTIN § <br> SEMICONDUCTOR, LLC; § <br> GLOBALFOUNDRIES INC.; § <br> GLOBALFOUNDRIES U.S. INC.; and § <br> QUALCOMM INC., § <br> § <br> Defendants. § | NO. 2:16-cv-01314-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE OPINION AND TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT ROY WEINSTEIN**

Before the Court is Defendants' Motion to Exclude Opinion and Testimony of Plaintiff's Expert Damages Expert Roy Weinstein.

After consideration of said motion, the Court finds that it is well taken and is hereby GRANTED.