# EXHIBIT 9

# EXHIBIT 9