# EXHIBIT 30