IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| KAIST IP US LLC, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | No. 2:16-CV-01314-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above entitled and numbered civil action to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report and Recommendation (Dkt. No. 143) by Judge Payne, which recommends denying two motions: GlobalFoundries U.S. Inc.'s Motion to Dismiss or, in the Alternative, Transfer Venue (Dkt. No. 75) and Qualcomm Inc.'s Motion to Dismiss or, in the Alternative, Transfer Venue (Dkt. No. 97). The movants jointly objected to that recommendation, and Plaintiff responded. Defs.' Objs. (Dkt. No. 155); Pl.'s Resp. (Dkt. No. 168).

Having considered the Report and Recommendation (Dkt. No. 143), Defendants' objections (Dkt. No. 155), and Plaintiff's response (Dkt. No. 168), the Court concludes Magistrate Judge Payne's Report and Recommendation is correct. The Court therefore **OVERRULES** Defendants' objections and **ADOPTS** the Report and Recommendation (Dkt. No. 143). Accordingly, the Court **DENIES** GlobalFoundries U.S. Inc.'s Motion to Dismiss or, in the

1

Alternative, Transfer Venue (Dkt. No. 75) and Qualcomm Inc.'s Motion to Dismiss or, in the Alternative, Transfer Venue (Dkt. No. 97).

**So ORDERED and SIGNED this 6th day of June, 2018.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE