# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KAIST IP US LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:16-cv-01314-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL | § § § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 11, 2018

**OPEN:** 9:30 a.m.; 1:35 p.m.　　　　　　　　　　**ADJOURN:** 12:47; 6:42 p.m.
**TIME IN COURT:** 8 HRS 24 MINS

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Ashbey Morgan<br>Michael Paul<br>Chris Ratway |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jill Veazey |

| TIME | MINUTES |
|---|---|
| | Jury Selection and Trial |
| 9:30 | Jury Panel present. Court begins. Court gives opening remarks. |
| 9:40 | Parties make announcements. |
| 9:43 | Court addresses Jury Panel. |
| 9:50 | General Voir Dire begins. 10:14 Court addresses Jury Panel. |
| 10:17 | Voir Dire by Mr. Bunt. |
| 10:46 | Voir Dire by Ms. Smith |
| 11:17 | Side-bar |
| 11:22 | Jury Panel recessed. Court addresses challenges at side-bar |
| 12:00 | Court recessed for strikes. |
| 12:24 | Court resumed. Jury Called. Court excuses remaining jury panel members. |
| 12:30 | Jury Sworn. Court addresses the jury. |
| 12:38 | Jury recessed for lunch. Court addresses parties outside the presence of the jury |
| | Court overrules objections to certain demonstratives for opening statements. |

| TIME | MINUTES |
| --- | --- |
| 12:47 | Court recessed. |
| 1:30 | Korean Interpreters sworn in outside the presence of the jury and Court. Interpreters – Kathy Park and Ann Park |
| 1:35 | TRIAL BEGINS |
|  | Court resumed outside presence of jury. Court addresses parties. |
| 1:37 | Jury returned to courtroom. Court gives preliminary instructions to jury. Court advises jury that all exhibits used during trial were pre-admitted. |
| 2:15 | Opening Statement by Mr. Sheasby. |
| 2:45 | Opening Statement by Mr. Jacobs. |
| 2:55 | Side-Bar held.  2:59  Opening continued |
| 3:18 | Jury recessed.  3:20  Court recessed. |
| 3:33 | Court resumed outside the presence of the jury. |
| 3:35 | Jury returned to courtroom.  Mr. Sheasby calls Prof. Jong-Ho Lee to testify (Interpreter: Kathy Parks).  Witness sworn. |
| 3:36 | Side-Bar held.  3:38  Court states that the Rule is invoked as to fact witnesses. |
|  | Court addresses parties |
| 3:39 | Direct by Mr. Sheasby |
| 4:54 | Court recessed. |
| 5:17 | Court resumed.  Cross-Exam Prof. Jong-Ho Lee by Mr. Jacobs. |
| 6:10 | Side-Bar held.  Jury recessed.  Court addresses parties outside the presence of the jury. |
| 6:17 | Jury returned.  Cross-exam continued. |
| 6:31 | Side-Bar held.  6:33 Cross-exam continued. |
| 6:40 | Court addresses jury. |
| 6:42 | Jury excused for the day.  Court addresses parties. |
|  | Court adjourned until 8:30 a.m. 6/12/18 |

06/11/2018, 09:00AM
2:16-cv-01314-JRG-RSP
KAIST IP US LLC v. Samsung Electronics Co., LTD., et al
Jury Selection/Trial

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | KAIST IP |
| Chris Bunt | KAIST IP |
| Andrew Choung | KAIST IP |
| Melissa Smith | SS, GF, QC |
| Allan Soobert | Samsung, GF, Q |
| Blair Jacobs | " " |
| Chris Kennerly | " " |
| Michelle Yang | " " |
| | |
| | |
| | |

**IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY**

| CLIENT NAME | COMPANY |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |