# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIST IP US LLC § | |
| § | |
| v. § | |
| § | Case No. 2:16-cv-01314-JRG-RSP |
| SAMSUNG ELECTRONICS CO., § | |
| LTD., ET AL § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 12, 2018

**OPEN:** 8:35 a.m.; 12:37 p.m.          **ADJOURN:** 11:47 p.m.; 6:45 p.m.
**TIME IN COURT:** 9 HRS. 20 Mins

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Ashbey Morgan<br>Michael Paul<br>Chris Ratway |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jill Veazey |

| TIME | MINUTES |
|---|---|
| | JURY TRIAL – DAY 2 |
| 8:35 | Court begins outside the presence of the jury. Parties read Exhibit numbers used and admitted at trial on Day 1. |
| 8:37 | Mr. Sheasby states agreed stipulation between parties. Mr. Jacobs responds. Court accepts stipulation. |
| 8:40 | Jury returned to courtroom. Cross-Exam of Prof. Jong-Ho Lee by Mr. Jacobs. |
| 8:49 | Side-Bar held. 8:52 Cross-Exam continued |
| 9:10 | Side-Bar held. 9:13 Cross-Exam Continued |
| 9:31 | Re-Direct by Mr. Sheasby |
| 9:50 | Re-Cross by Mr. Jacobs. |
| 9:52 | Side-Bar held. 9:55 Re-Cross continued. |
| 9:56 | Re-Direct by Mr. Sheasby. |
| 9:57 | Re-Cross by Mr. Jacobs |
| 9:59 | Witness excused. |
| 10:00 | Court recessed. |

| TIME  | MINUTES |
|-------|---------|
| 10:17 | Court resumed outside the presence of the jury.  Parties address Court. Court responds. |
| 10:20 | Jury returned to Courtroom.  Mr. Choung calls Dr. Kelin Kuhn to testify. Witness sworn. |
| 10:21 | Direct by Mr. Choung. |
| 11:04 | Side-Bar held.  11:07 Court addresses parties.  Court orders Courtroom Sealed. |
| 11:08 | Side-Bar held.  11:09  Direct continued. |
| 11:47 | Court recessed for lunch |
| 12:37 | Court resumed outside the presence of the jury.  Mr. Soobert addresses Court.  Mr. Choung responds.  Court orders Courtroom Unsealed. |
| 12:39 | Jury returned to courtroom.  Direct of Dr. Kelin Kuhn continued. |
| 1:24  | Cross-Exam by Mr. Soobert. |
| 1:51  | Side-Bar held.  1:52 Cross-exam continued. |
| 2:26  | Side-Bar held. |
| 2:27  | Court recessed. |
| 2:50  | Court resumed.  Jury present. Cross-exam continued. |
| 3:06  | Re-Direct by Mr. Choung. |
| 3:33  | Re-Cross by Mr. Soobert. |
| 3:39  | Witness excused. |
| 3:40  | Ms. Wen calls David Witt to testify.  Witness sworn.  Direct by Ms. Wen |
| 4:12  | Cross-Exam by Mr. Kennerly. |
| 4:29  | Side-Bar held.  4:30 Cross-exam continued. |
| 4:37  | Re-Direct by Ms. Wen. |
| 4:38  | Witness excused.  Jury recessed. |
| 4:40  | Court recessed. |
| 5:10  | Court resumed.  Jury returned to courtroom |
| 5:11  | Mr. Bunt calls Roy Weinstein to testify.  Witness sworn.  Direct by Mr. Bunt |
| 5:59  | Mr. Bunt addresses Court.  Court orders Courtroom Sealed. |
| 6:20  | Cross-Exam by Mr. Kennerly |
| 6:40  | Side-Bar held. |
| 6:41  | Court addresses jury. Jury recessed for the day. |
| 6:42  | Court addresses parties regarding jury instructions and verdict form. Court orders parties to meet and confer and submit an updated proposed jury instructions and verdict form. |
| 6:45  | Court adjourned for the day. Court to resume 8:30 a.m. 6/13/18 |
|       |  |
|       |  |
|       |  |
|       |  |
|       |  |
|       |  |

06/11/2018, 09:00AM
2:16-cv-01314-JRG-RSP
KAIST IP US LLC v. Samsung Electronics Co., LTD., et al
Jury Selection/Trial

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | KAIST IP |
| Chris Bunt | KAIST IP |
| Andrew Choung | KAIST IP |
| Melissa Smith | SS, GF, QC |
| Allan Soobert | Samsung, GF, Q |
| Blair Jacobs | " " |
| Chris Kennerly | " " |
| Michelle Yang | " " |
| | |
| | |
| | |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |