# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIST IP US LLC § § | |
| v. § § § | Case No. 2:16-cv-01314-JRG-RSP |
| SAMSUNG ELECTRONICS CO., § LTD., ET AL § | |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**June 13, 2018**

**OPEN: 8:32; 12:51**                                                              **ADJOURN: 11:55; 6:48**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Ashbey Morgan<br>Michael Paul<br>Chris Ratway |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jill Veazey |

| TIME | MINUTES |
|---|---|
| | JURY TRIAL – DAY 3 |
| 8:32 | Court begins outside the presence of the jury. Parties read Exhibit numbers used and admitted at trial on Day 2. |
| 8:36 | Court addresses parties. |
| 8:40 | Jury returned to courtroom. Cross-Exam of Roy Weinstein continued by Mr. Kennerly. |
| 8:58 | Side-Bar held. 9:00 Cross-Exam continued. |
| 9:10 | Re-Direct by Mr. Bunt. |
| 9:25 | Re-Cross by Mr. Kennerly. |
| 9:27 | Re-Direct by Mr. Bunt. |
| 9:28 | Re-Cross by Mr. Kennerly. |
| 9:29 | Mr. Sheasby calls Heedon Jeong to testify by video deposition. Video published. |
| 9:44 | Mr. Sheasby calls Minwuk Kim to testify by video deposition. Video published. |
| 9:46 | Mr. Sheasby calls Erin Lavigne to testify by video deposition. Video published. |
| 9:48 | Mr. Sheasby calls Justin Spragg to testify by video deposition. Video published. |

| TIME | MINUTES |
|---|---|
| 9:52 | Mr. Sheasby calls Jesse Abzug to testify by video deposition.  Video published. |
| 9:55 | Mr. Sheasby calls Ernest Chau to testify by video deposition.  Video published. |
| 9:58 | Mr. Sheasby calls Jongsoo Choi to testify by video deposition.  Video published. |
| 10:04 | Mr. Sheasby calls Youngjoon Lee to testify by video deposition.  Video published. |
| 10:07 | Mr. Sheasby calls William Barrett to testify by video deposition.  Video published. |
| 10:16 | Mr. Sheasby calls Vasisht Vadi to testify by video deposition.  Video published. |
| 10:25 | Mr. Sheasby states Plaintiff Rest.  Court addresses jury.  Jury recessed. |
| 10:26 | Court addresses parties outside presence of the jury. |
| 10:29 | Court recessed. |
| 10:52 | Court resumed outside the presence of the jury.  Court addresses parties. |
| 10:54 | Jury returned to courtroom.  Mr. Jacobs calls Dongwan Kim to testify.  Witness sworn.  Direct by Mr. Jacobs.  (Interpreter Kathy Park) |
| 11:44 | Side-Bar Held.  11:45 Direct continued. |
| 11:53 | Jury recessed for lunch.  Court addresses parties outside the presence of the jury.  Parties respond. |
| 11:55 | Court recessed. |
| 12:51 | Court resumed outside the presence of the jury. |
| 12:53 | Jury returned to courtroom. |
|  | Cross-Exam by Mr. Sheasby. |
| 12:59 | Side-bar held.  Cross-exam continued. |
| 1:25 | Re-Direct by Mr. Jacobs |
| 1:30 | Witness excused.  Mr. Jacobs calls Tai-Su Park to testify. |
| 1:32 | Witness sworn.  Direct by Mr. Jacobs.   (Interpreter Kathy Park) |
| 1:49 | Side-Bar held. |
| 1:52 | Direct continued. |
| 1:55 | Court recessed. |
| 2:05 | Court resumed outside the presence of the jury. Court addresses parties. Parties respond. |
| 2:07 | Jury returned to courtroom.  Direct continued. |
| 2:17 | Cross-Exam by Mr. Sheasby. |
| 2:23 | Side-Bar held.  Cross-exam continued. |
| 2:34 | Re-Direct by Mr. Jacobs. |
| 2:39 | Witness excused. |
| 2:40 | Ms. Smith calls David Bennett to testify.  Witness sworn. |
| 2:41 | Direct by Ms. Smith. |
| 3:02 | Ms. Smith addresses Court.  Court orders Courtroom Sealed. |
| 3:03 | Direct of Mr. Bennett continued by Ms. Smith. |
| 3:11 | Ms. Smith addresses Court.  Court orders Courtroom Unsealed. |
| 3:12 | Direct continued. |

| TIME | MINUTES |
|---|---|
| 3:15 | Cross-Exam by Mr. Bunt. |
| 3:23 | Re-Direct by Ms. Smith |
| 3:24 | Witness excused. Mr. Soobert calls Dr. Srikanth Samavedam to testify. Witness sworn. |
| 3:25 | Direct by Mr. Soobert. |
| 3:53 | Court recessed. |
| 4:10 | Court resumed outside the presence of the jury. |
| 4:11 | Jury returned to courtroom. |
|  | Cross-Exam by Mr. Sheasby. |
| 4:37 | Re-Direct by Mr. Soobert. |
| 4:53 | Re-Cross by Mr. Sheasby. |
| 4:57 | Witness excused. |
|  | Ms. Smith calls Yong-Ho Son to testify by deposition. Court addresses jury |
| 4:59 | Deposition read on the record. |
| 5:24 | Deposition complete. Jury recessed. |
| 5:25 | Court recessed. |
| 5:38 | Court resumed outside the presence of the jury. Court addresses parties. Parties respond. |
| 5:39 | Jury returned to courtroom. Mr. Soobert calls Dr. Robert Wallace to testify. |
| 5:40 | Witness sworn. Direct by Mr. Soobert. |
| 6:09 | Side-Bar held. |
| 6:11 | Court instructs jury Direct continued. |
| 6:12 | Side-Bar held. |
| 6:14 | Direct continued. |
| 6:19 | Cross-Exam by Mr. Sheasby. |
| 6:36 | Side-Bar held. Cross-Exam continued. |
| 6:42 | Re-Direct by Mr. Soobert. |
| 6:46 | Witness excused. Court addresses jury. Jury recessed. Court addresses parties. |
| 6:48 | Court adjourned for the day. Court to resume 8:30 a.m. 6/14/18 |

06/11/2018, 09:00AM
2:16-cv-01314-JRG-RSP
KAIST IP US LLC v. Samsung Electronics Co., LTD., et al
Jury Selection/Trial

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | KAIST IP |
| Chris Bunt | KAIST IP |
| Andrew Choung | KAIST IP |
| Melissa Smith | SS, GF, QC |
| Allan Soobert | Samsung, GF, Q |
| Blair Jacobs | " " |
| Chris Kennerly | " " |
| Michelle Yang | " " |
|  |  |
|  |  |
|  |  |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |