**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KAIST IP US LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:16-cv-01314-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL | § § | |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
June 15, 2018**

OPEN: 8:24 am                                                                                               ADJOURN: 4:24 pm

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Ashbey Morgan<br>Michael Paul<br>Chris Ratway |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jill Veazey |

| TIME | MINUTES |
|---|---|
| | JURY TRIAL – DAY 5 |
| 8:24 | Court begins outside the presence of the jury. Court addresses parties. |
| 8:27 | Parties read Exhibit numbers used and admitted at trial on Day 4. |
| 8:28 | Charge Conference Held. Court addresses parties. |
| 8:30 | Mr. Choung states objections to jury instructions for plaintiff. Mr. Kinnaird states objections to jury instructions for defense. |
| | Court overrules objections. |
| 8:54 | Formal Charge conference concluded. Court addresses parties regarding procedures for jury instructions and closing. |
| 8:56 | Mr. Sheasby addresses the Court. Court responds. |
| 8:58 | Court recessed. |
| 9:32 | Court resumed outside the presence of the jury. |
| 9:34 | Jury returned to courtroom. |
| 9:34 | Court gives Final Jury Instructions. |
| 10:33 | Closing argument by Mr. Bunt. |

| TIME | MINUTES |
|---|---|
| 10:39 | Closing argument by Mr. Sheasby. |
| 10:57 | Closing argument by Mr. Jacobs. |
| 11:28 | Rebuttal argument by Mr. Sheasby. |
| 11:34 | Court addresses the jury and gives last instructions. |
| 11:39 | Jury excused to begin deliberations. |
| 11:40 | Court recessed. |
| 12:20 | Jury Note 1 received. |
| 12:43 | Court resumed outside the presence of the jury.  Court reads note for the record. |
|  | Court reads proposed response.  Parties state no objections. |
| 12:46 | Court's response delivered to the jury. |
|  | Court recessed. |
| 1:15 | Jury Note 2 received. |
| 1:35 | Court resumed outside the presence of the jury.  Court reads note for the record. |
|  | Court reads proposed response.  Parties state no objections. |
| 1:38 | Court's response delivered to the jury. |
|  | Court recessed. |
| 1:53 | Jury Note 3 received. |
| 2:03 | Court resumed outside the presence of the jury.  Court reads note for the record. |
|  | Court reads proposed response.  Parties state no objections. |
| 2:04 | Court's response delivered to the jury. |
|  | Court recessed. |
| 3:14 | Jury Note 4 received. |
| 3:31 | Court resumed outside the presence of the jury.  Court reads note for the record. |
|  | Court reads proposed response.  Mr. Sheasby states objection to proposed response.  Court responds.  Mr. Kinnaird responds and states no objection. |
| 3:39 | Court overrules objection.  Court's response delivered to the jury. |
| 3:40 | Court recessed |
| 4:08 | Jury Note 5 received.  Verdict Reached. |
| 4:12 | Court resumed outside the presence of the jury.  Court reads note for the record |
| 4:14 | Jury returned to the courtroom.  Court addresses the jury. |
| 4:15 | Court publishes verdict. |
| 4:19 | Court polls the jury. |
|  | Verdict Filed. |
|  | Court gives closing remarks to jury. |
| 4:24 | Court adjourned. |

06/11/2018, 09:00AM
2:16-cv-01314-JRG-RSP
KAIST IP US LLC v. Samsung Electronics Co., LTD., et al
Jury Selection/Trial

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | KAIST IP |
| Chris Bunt | KAIST IP |
| Andrew Choung | KAIST IP |
| Melissa Smith | SS, GF, QC |
| Allan Soobert | Samsung, GF, Q |
| Blair Jacobs | " " |
| Chris Kennerly | " " |
| Michelle Yang | " " |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| | |