**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KAIST IP US LLC,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>SAMSUNG SEMICONDUCTOR, INC.;<br>SAMSUNG AUSTIN SEMICONDUCTOR, LLC;<br>GLOBALFOUNDRIES, INC.;<br>GLOBALFOUNDRIES U.S. INC.; and<br>QUALCOMM INC.,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No.: 2:16-cv-01314-JRG-RSP<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap |

# VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. Please refer to the Final Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

In this Verdict Form:

The "Samsung Defendants" refers to
Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC, collectively.

The "GlobalFoundries Defendants" refers to
GlobalFoundries, Inc., and GlobalFoundries U.S. Inc., collectively.

"Qualcomm" refers to Qualcomm Inc.

The "Defendants" refers to
the Samsung Defendants, the GlobalFoundries Defendants, and Qualcomm, collectively.

"KAIST" refers to KAIST IP US LLC.

"The '055 Patent" refers to U.S. Patent No. 6,885,055.

The "Asserted Claims" refer to Claims 1–6, 11–13, and 15–17 of the '055 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.**

**READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.**

Answer Question #1 **AND** Question #2 on the following pages. After you have answered **BOTH** questions, continue to page 5 and follow the instructions provided there.

PROCEED TO NEXT PAGE

**QUESTION #1:**

Did KAIST prove by a preponderance of the evidence that any Defendant named below infringed **ANY** of the Asserted Claims?

**Answer "Yes" or "No" for each Defendant listed below:**

| | |
|---|---|
| The Samsung Defendants | Yes |
| The GlobalFoundries Defendants | Yes |
| Qualcomm | Yes |

**QUESTION #2:**

Did the Defendants prove by clear and convincing evidence that any of the following Asserted Claims of the '055 Patent are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

| | |
|---|---|
| Claim 1 | NO |
| Claim 2 | NO |
| Claim 3 | NO |
| Claim 4 | NO |
| Claim 5 | NO |
| Claim 6 | NO |
| Claim 11 | NO |
| Claim 12 | NO |
| Claim 13 | NO |
| Claim 15 | NO |
| Claim 16 | NO |
| Claim 17 | NO |

**YOU SHOULD HAVE NOW ANSWERED BOTH QUESTION #1 AND QUESTION #2.**

**IF YOU HAVE NOT ANSWERED BOTH QUESTION #1 AND QUESTION #2, GO BACK AND ANSWER THEM BEFORE PROCEEDING.**

If you have answered **both** Question #1 and Question #2, FOLLOW THESE INSTRUCTIONS:

If you have answered NO in Question #1 as to ALL Defendants, then do not answer any further questions, proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and then deliver it to the Court Security Officer. You should not pay attention to any other instructions between this point and the signature page found at the end of this Verdict Form.

If you have answered YES in Question #1 to ANY Defendant in Question #1, THEN PROCEED TO ANSWER QUESTION #3 as to ONLY the Defendant(s) for which you answered YES in Question #1.

**QUESTION #3:**

Did KAIST prove by a preponderance of the evidence that the infringement you found in Question #1 was willful as to any of the Defendants listed below?

**Answer "Yes" or "No" for each Defendant for which you answered YES in Question #1:**

| | |
|---|---|
| The Samsung Defendants | Yes |
| The GlobalFoundries Defendants | NO |
| Qualcomm | NO |

**IF YOU HAVE REACHED THIS POINT IN THE VERDICT FORM, YOU SHOULD HAVE NOW ANSWERED QUESTION #3.**

**IF YOU HAVE NOT ANSWERED QUESTION #3, GO BACK AND ANSWER IT BEFORE PROCEEDING.**

If you have answered YES to ALL Asserted Claims in Question #2, then do not answer any further questions, proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and then deliver it to the Court Security Officer. You should not pay attention to any other instructions between this point and the signature page found at the end of this Verdict Form.

If you have answered YES as to ANY Defendant in Question #1, PROCEED TO ANSWER THE FOLLOWING QUESTIONS as to ONLY any Asserted Claim of the '055 Patent that you have found both to be infringed by a Defendant and for which you have found that Asserted Claim is not invalid. If you answered NO as to ANY Defendant in Question #1, DO NOT ANSWER THE FOLLOWING QUESTION as to that Defendant.

**QUESTION #4:**

What sum of money, if any, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate KAIST for any infringement by a Defendant whom you have found to be infringing? Only award damages for those Asserted Claims that you have found to be both infringed by a Defendant and not invalid as to each Defendant listed below.

**Answer in Dollars and Cents, if any:**

The Samsung Defendants $400,000,000

As to the sum(s) you have awarded against the Samsung Defendants, if any, indicate below if that amount is intended to represent:

√ A Lump Sum OR ______A Running Royalty

The GlobalFoundries Defendants $ 0

As to the sum(s) you have awarded against the GlobalFoundries Defendants, if any, indicate below if that amount is intended to represent:

_____A Lump Sum OR ______A Running Royalty

Qualcomm $ 0

As to the sum(s) you have awarded against Qualcomm, if any, indicate below if that amount is intended to represent:

_____A Lump Sum OR ______A Running Royalty

**FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict.

Signed this 15 day of June, 2018.

[redacted]

Jury Foreperson