**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| KAIST IP US LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD.,, § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC, SAMSUNG SEMICONDUCTOR, § <br> INC.,, SAMSUNG AUSTIN § <br> SEMICONDUCTOR, LLC, § <br> GLOBALFOUNDRIES, INC., § <br> GLOBALFOUNDRIES U.S. INC., § <br> QUALCOMM INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:16-CV-01314-JRG |

## DOCKET CONTROL ORDER

In light of the jury verdict rendered in this case (Dkt. No. 482), the Court's Findings of Fact and Conclusions of Law (Dkt. No. 574), and the Court's inherent power to control its own docket, it is hereby **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| Deadline | Event |
|---|---|
| February 8, 2019 | Motions under Fed. R. Civ. P. 50, 59 |
| February 15, 2019 | *Deadline to move for attorney fees under § 285, supplemental damages, pre- and post-judgement interest, entry of final judgment, or any other post-verdict motion. <br><br> The Parties should indicate in their briefing, whether in the Parties' view, a hearing on these motions is necessary. Additionally, these motions and any responses shall comply with the page limits providing in Local Rule 7(c). |
| February 22, 2019 | Response to Motions under Fed. R. Civ. P. 50, 59 |

| March 15, 2019 | Deadline for Post-Trial Mediation |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

## ADDITIONAL REQUIREMENTS

**Amendments to the Docket Control Order ("DCO")**:  Any motion to alter any date on this Post-Verdict DCO shall take the form of a motion to amend the DCO.  The motion to amend the DCO shall include a proposed order that lists all of the remaining dates in one column (as above) and the proposed changes to each date in an additional adjacent column (if there is no change for a date the proposed date column should remain blank or indicate that it is unchanged). In other words, the DCO in the proposed order should be complete such that one can clearly see all the remaining deadlines and the changes, if any, to those deadlines, rather than needing to also refer to an earlier version of the DCO.

**Copies of Briefing Delivered to Chambers:** The Court directs that each party provide the Court with two (2) copies of its completed briefing, including exhibits, in three-ring binders, appropriately tabbed. All documents shall be single-sided and must include the CM/ECF header. Complete digital copies of the accompanying exhibits shall be submitted on a single flash drive. These copies shall be delivered within three (3) days of the deadline to submit such briefing set forth herein.

**So ORDERED and SIGNED this 18th day of January, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE