# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIST IP US LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; GLOBALFOUNDRIES INC.; GLOBALFOUNDRIES U.S. INC.; and QUALCOMM INC.,<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 2:16-cv-01314-JRG-RSP<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap |

## NOTICE OF ACCEPTANCE OF REMITTITUR

32282004

Pursuant to the Court's February 13, 2020 Memorandum Opinion and Order, Dkt. 676, Plaintiff hereby accepts remittitur in the amount of $203,003,416, in lieu of a new trial on damages, and respectfully requests entry of final judgment.

Date: February 19, 2020

Respectfully submitted,

*/s/ Andrew Y. Choung*

Andrew Y. Choung
Cal. Bar No. 203192 (admitted in E.D. Texas)
S. Desmond Jui
Cal. Bar No. 262200 (admitted *pro hac vice*)
Guy M. Rodgers
Cal. Bar No. 303229 (admitted in E.D. Texas)
LATHROP GPM LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 789-4660
Facsimile:  (310) 789-4601
Email: andrew.choung@lathropgpm.com
Email: s.desmond.jui@lathropgpm.com
Email: guy.rodgers@lathropgpm.com

Jason Sheasby
Cal. Bar No. 205455 (admitted *pro hac vice*)
Charlotte Wen
Cal. Bar No. 313572 (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920
Email: jsheasby@irell.com
Email: cwen@irell.com

Robert Christopher Bunt
Texas Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
PARKER, BUNT & AINSWORTH PC

>100 E. Ferguson Street, Suite 418
>Tyler, Texas 75702
>Telephone: (903) 531-3535
>Email: rcbunt@pbatyler.com
>Email: charley@pbatyler.com
>
>*Attorneys for Plaintiff and Counterclaim-Defendant KIPB LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on February 19, 2020.

>*/s/ Andrew Y. Choung*
>Andrew Y. Choung