NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIPB LLC, F/K/A KAIST IP US LLC,**
*Plaintiff-Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC, SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, GLOBALFOUNDRIES, INC., GLOBALFOUNDRIES U.S. INC., QUALCOMM INC.,**
*Defendants-Appellants*

---

2020-1619, -1621

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:16-cv-01314-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each party shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

September 03, 2020                /s/ Peter R. Marksteiner
         Date                     Peter R. Marksteiner
                                  Clerk of Court

s31

ISSUED AS A MANDATE: September 3, 2020