# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KAIST IP US LLC, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 2:16-CV-01314-JRG |
| SAMSUNG ELECTRONICS CO., LTD.,, SAMSUNG ELECTRONICS AMERICA, INC, SAMSUNG SEMICONDUCTOR, INC.,, SAMSUNG AUSTIN SEMICONDUCTOR, LLC, GLOBALFOUNDRIES, INC., GLOBALFOUNDRIES U.S. INC., QUALCOMM INC., WILLIAM RAMEY, NON-PARTY; | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Motion to Enforce Glaser Weil Fink Howard Avchen & Shapiro LLP's Attorney's Charging Lien (the "Motion") filed by non-party Glaser Weil Fink Howard Avchen & Shapiro LLP ("Glaser Weil"). (Dkt. No. 699.) Also before the Court is the Opposition to Motion by Glaser Weil (the "Opposition") filed by Plaintiff KIPB LLC, formerly known as KAIST IP US LLC ("KAIST"). (Dkt. No. 703.) Having considered the same, the Court finds that, as a non-party, Glaser Weil does not have standing to seek relief in the above-captioned action, regardless of its asserted status as a lienholder against the proceeds of any settlement herein. It is therefore **ORDERED** that the Motion is **DENIED**.

The Clerk of the Court is directed to **SEAL** the Motion to Enforce Glaser Weil Fink Howard Avchen & Shapiro LLP's Attorney's Charging Lien (Dkt. No. 699) to protect any

confidential information that may be included therein.

**So ORDERED and SIGNED this 9th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE