IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAIST IP US LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.,, SAMSUNG ELECTRONICS AMERICA, INC,  SAMSUNG SEMICONDUCTOR, INC.,, SAMSUNG AUSTIN SEMICONDUCTOR, LLC, GLOBALFOUNDRIES, INC., GLOBALFOUNDRIES U.S. INC., QUALCOMM INC., WILLIAM RAMEY, NON-PARTY; <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  2:16-CV-01314-JRG |

## ORDER

Before the Court is the Joint Motion and Stipulation of Dismissal with Prejudice (the "Stipulation").  (Dkt. No. 700.)  In view of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all claims, counterclaims, and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**.  Each party is to bear its own attorneys' fees, costs, and expenses.  All pending requests for relief not expressly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 9th day of September, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE